748

No. 160.   TANNER *v.* CALIFORNIA ET AL.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of California denied.

No. 166.   DAVIS *v.* NIERSTHEIMER, WARDEN.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 180.   MILLWOOD *v.* CALIFORNIA.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of California denied.

No. 182.   MACKEY *v.* WHITECOTTON, WARDEN.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 200.   GARRETT *v.* NIERSTHEIMER, WARDEN.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 204.   GRECO *v.* WHITECOTTON, WARDEN.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of Missouri denied.   Petitioner *pro se.*   *J. E. Taylor,* Attorney General of Missouri, and *Robert L. Hyder,* Assistant Attorney General, for respondent.

No. 205.   NEW YORK EX REL. RENSING *v.* MORHOUS, WARDEN.   October 8, 1945.   Petition for writ of certiorari to Washington County Court, New York, denied.   Petitioner *pro se.*   *Nathaniel L. Goldstein,* Attorney General of New York, for respondent.